## MEMORANDUM

TO:     Honorable George B. Daniels
        United States District Judge

FROM:   Bernisa M. Mejia
        Intensive Supervision Specialist
        United States Pretrial Services Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 2 / 2019

RE:     **Oswaldo Garden-Morel**
DOCKET#:    **1:18CR00230-1**

The attached memorandum was prepared by Intensive Supervision Specialist:

| **Bernisa M. Mejia** | **212-805-4314** |
| --- | --- |
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                        Date            Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
            Judicial Officer

[ ]     A bench warrant shall be issued for the defendant's arrest


[ ]     So ordered:_____*George B. Donal*_____     Date_____**FEB 2 7 2019**_____