USDC SDNY
DOC #:
DATE FILED: FEB 24 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

       Plaintiff,

 -against-

OSWALDO MOREL-GARDEN,

       Defendant.

------------------------------------- x

ORDER

18 Crim. 230 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to May 28, 2020 at 10:00 a.m.

Dated: New York, New York
   February 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge