UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

OSWALDO MOREL-GARDEN,

                    Defendant.
------------------------------------- x

ORDER

18 Cr. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to August 6, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge