**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 26, 2020

**SO ORDERED**

The August 6, 2020 sentencing is adjourned to September 17, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Osvaldo Morel-Garden**
**18 CR 230 (GBD)**

Dear Judge Daniels:

I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the sentencing hearing currently scheduled for August 6, 2020. The request is made based on the current global health crisis caused by the novel coronavirus. Counsel for Mr. Morel-Garden is not able appear for court in person at this time due to both health and child care concerns. Additionally, I do not believe that the requirements of the CARES Act can be met in order to allow a remote sentencing in this particular case. I request that the sentencing be adjourned until sometime in September. This is the first request for an adjournment of sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

Cc: AUSA Ryan Finkel