# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 2, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 8 2020

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Re:  **United States v. Osvaldo Morel-Garden**
     **18 CR 230 (GBD)**

Dated: SEP 0 8 2020

Dear Judge Daniels:

I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the sentencing hearing currently scheduled for September 17, 2020. Counsel for Mr. Morel-Garden is not able appear for court in person at this time due to both health and child care concerns. I request that the sentencing be adjourned to October 29 at 10:00am. This is the second request for an adjournment of sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

Cc:  AUSA Ryan Finkel