**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

         Plaintiff,

  -against-

OSWALDO MOREL-GARDEN,

         Defendant.

------------------------------------- x

ORDER

18 Crim. 230 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The October 29, 2020 sentencing is rescheduled from 10:00 am to 11:00 am.

Dated: New York, New York
   October 15, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge