# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 13, 2022

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**
The VOSR hearing is adjourned until June 15, 2022 at 9:45 a.m.

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

APR 1 8 2022

Re:   **United States v. Oswaldo Morel-Garden**
      **18 CR 230 (GBD)**

Dear Judge Daniels:

I write without objection from the Government to request an adjournment of the violation of supervised release (VOSR) proceeding currently scheduled for May 18, 2022 in the above-captioned case.

The first of the three specifications included in the January 6, 2022 VOSR report involves a criminal charge that is currently pending in Cook County, Illinois. Mr. Morel-Garden's next court date in that matter will be June 1, 2022. I believe that it would be more efficient for Mr. Morel-Garden to appear before this Court when we have more information about the outcome of his Illinois case. Accordingly, I request an adjournment to a date after June 1, 2022.

This is the second letter request for an adjournment in this VOSR proceeding. As noted, the Government does not object. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc:   AUSA Ryan Finkel (by ECF)