UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES,

                       Plaintiff,

    -against-

OSWALDO MOREL-GARDEN,

                       Defendant.

------------------------------------- x

ORDER

18 Crim. 230 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The June 15, 2022 violation of supervised release proceeding is adjourned until August 2, 2022 at 9:45 AM.

Dated: New York, New York
       June 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge