UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

OSWALDO MOREL-GARDEN,

Defendant.

------------------------------------x

ORDER

18 Crim. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 127 (request to adjourn VOSR proceeding) as having been resolved by this Court's order at ECF No. 128.

Dated: OCT 11, 2022
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge