**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

                        Plaintiff,

      -against-

OSWALDO MOREL-GARDEN,

                       Defendant.

------------------------------------- x

ORDER

18 Crim. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 18, 2022 violation of supervised release proceeding is adjourned until December 7, 2022 at 10:00 AM.

Dated: October 18, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge