UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA,            :
:
    -against-                        :           ORDER
:
OSWALDO MOREL-GARDEN,                :     18 Crim. 230-1 (GBD)
:
                    Defendant.       :
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open letter motion at ECF No. 137 (request to adjourn VOSR proceeding) as having been resolved by this Court's order at ECF No. 138.

Dated: October 18, 2022
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge