UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES,

                        Plaintiff,

            -against-

OSWALDO MOREL-GARDEN,

                       Defendant.

------------------------------------- x

ORDER

18 Crim. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 7, 2022 violation of supervised release proceeding is adjourned until February 13, 2023 at 9:30 a.m.

Dated: November 30, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge