UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES,

       Plaintiff,

  -against-

OSWALDO MOREL-GARDEN,

       Defendant.

------------------------------------- x

ORDER

18 Crim. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The April 5, 2023 violation of supervised release proceeding is adjourned until May 23, 2023 at 9:45 a.m.

  The Clerk of Court is directed to close the open letter motion at ECF No. 144.

Dated: March 30, 2023
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge