UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

OSWALDO MOREL-GARDEN,

                              Defendant.

------------------------------------- x

ORDER

18 Crim. 230-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The request for an adjournment, (ECF No. 146), is DENIED. The violation of supervised release proceeding will occur as scheduled on May 23, 2023 at 9:45 a.m.

    The Clerk of Court is directed to close the open letter motion at ECF No. 146.

Dated: May 11, 2023
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge