# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2023

SO ORDERED

Defendant shall surrender on or before December 18, 2023

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

OCT 3 0 2023

**BY ECF and Email**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Oswaldo Morel-Garden**, 18 CR 230 (GBD)

Dear Judge Daniels:

I write to request an adjournment of Oswaldo Morel-Garden's upcoming deadline to surrender for service of his sentence for a violation of supervised release in the above-captioned case. On July 31, 2023, Mr. Morel-Garden was sentenced to sixty days with a November 3, 2023 surrender date.

Mr. Morel-Garden respectfully requests an extension of his surrender date until after January 1, 2024. He seeks this additional time in order to help his younger brother establish residency in New York, to visit with his mother before his incarceration, to earn more money for his family prior to his surrender, and to wrap up his Illinois case, which remains pending after his retained attorney withdrew as counsel. The government does not object to a 45-day adjournment of Mr. Morel-Garden's surrender date (to December 18, 2023) but is unwilling at this point to consent to an adjournment past January 1, 2024.

Thank you for your consideration of Mr. Morel-Garden's request for an adjournment of his surrender date.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc: AUSA Ryan Finkel