# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

**SO ORDERED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2023

DEC 15 2023

**BY ECF and Email**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Defendant's surrender date is adjourned to January 16, 2024.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Oswaldo Morel-Garden**, 18 CR 230 (GBD)

Dear Judge Daniels:

I write to request an adjournment of Oswaldo Morel-Garden's upcoming deadline to surrender for service of his sentence for a violation of supervised release in the above-captioned case. On July 31, 2023, Mr. Morel-Garden was sentenced to 60 days' imprisonment with a November 3, 2023 surrender date. His surrender date was subsequently adjourned to this coming Monday, December 18, 2023.

Mr. Morel-Garden respectfully requests an additional adjournment of his surrender date until after January 12, 2024. This short adjournment would enable his appearance on January 7, 2024 in New York City Housing Court, where he is engaged in landlord-tenant proceedings, and in Cook County, Illinois criminal court on January 12, 2024. In addition, Mr. Morel-Garden has not received any designation from the Bureau of Prisons for his 60-day sentence in the above-captioned case. A short adjournment will help him and counsel gain clarity as to where he should report to serve his sentence.

Thank you for your consideration of Mr. Morel-Garden's request for an adjournment of his surrender date.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc:   AUSA Ryan Finkel